IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


TINA BREWER                                                                          PLAINTIFF


VS.                                    CASE NO. 3:04CV00228 HLJ


JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT


## **JUDGMENT**


Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the Commissioner's decision is reversed

and remanded.

SO ADJUDGED this 23rd  day of September, 2005.



_Henry L. Jones, Jr._____
UNITED STATES MAGISTRATE JUDGE